PROB 35

# ORDER TERMINATING SUPERVISED RELEASE
# PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **Docket Number: 2:07CR00445-01** |
| | ) | |
| **Anthony LIVINGSTON** | ) | |
| | ) | |

On June 18, 1999, the above-named was placed on Supervised Release for a period of six years.  Anthony Livingston has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Kyriacos M. Simonidis

For
**LORI L. KOEHNEN**
**Senior United States Probation Officer**

Dated:       January 23, 2012
                 Sacramento, California
                 LLK:jc

**REVIEWED BY:**      /s/ Kyriacos M. Simonidis
                              **KYRIACOS M. SIMONIDIS**
                              **Supervising United States Probation Officer**

Re:   **Anthony LIVINGSTON**
      **Docket Number:   2:07CR00445-01**
      **ORDER TERMINATING SUPERVISED**
      **RELEASE PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

Dated:  January 24, 2012

```
GARLAND E. BURRELL, JR.
United States District Judge
```

LLK:jc
Attachment:   Recommendation
cc:   United States Attorney's Office
      FLU Unit, AUSA's Office
      Fiscal Clerk, Clerk's Office

**Re:   Anthony LIVINGSTON**
**       Docket Number:   2:07CR00445-01**
**       ORDER TERMINATING SUPERVISED**
**       <u>RELEASE PRIOR TO EXPIRATION DATE</u>**

**RECOMMENDATION TERMINATING**
**SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**   ) | |
| ) | |
| **vs.**   ) | **Docket Number:** 2:07CR00445-01 |
| ) | |
| **Anthony LIVINGSTON**   ) | |
| ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ ) | |

## LEGAL HISTORY:

On June 18, 1999, Mr. Livingston was sentenced in the Northern District of California in Count 1, for a violation of 21 USC 841(a)(1), Possession With Intent to Distribute Cocaine Base; in Count 2, a violation of 18 USC 924(c), Carrying a Firearm in Relation to Drug Trafficking, and in Count 3, a violation of 18 USC 922(g)(1), Felon in Possession of a Firearm. He was sentenced to 130 months in the custody of the Bureau of Prisons. His term consisted of 70 months on Count 1 and 3, and 60 months on Count 2, with Count 2 being served consecutive to Counts 1 and 3. Mr. Livingston released from federal prison on August 10, 2007, and began a 6-year term of supervised release. On October 9, 2007, jurisdiction was transferred to the Eastern District of California. Special conditions included not possessing firearms or other dangerous weapons, search, and payment of any unpaid balances during supervision of a $5,000 fine and a $300 special assessment. To date, Mr. Livingston owes $2,990.00. He paid $1,000 on January 3, 2012, as an act of good faith he will continue future payments.

## SUMMARY OF COMPLIANCE:

Mr. Livingston released from federal custody on August 10, 2007. He has been in compliance with his conditions and special conditions of Supervised Release and has not been involved in any further criminal activities. He suffers from sarcoidosis of the lungs and has not worked for approximately three years. His family helps to support him. He applied for social security disability and was denied, so he is now in the process of reapplying. He has provided approximately one inch of medical records documenting the mediastinal and lymphadenopathy (lungs) and a gunshot wound to the lower back.

Rev. 04/2007
EARLY TERMINATION ~ RECOMMENDATION.MRG

Re:     **Anthony LIVINGSTON**
        **Docket Number:   2:07CR00445-01**
        **RECOMMENDATION TERMINATING**
        **<u>SUPERVISED RELEASE PRIOR TO EXPIRATION DATE</u>**

Mr. Livingston has been cooperative with the probation office and is requesting early termination.  Because of his health issues and concerns, he has been a very low-activity case.  It seems his health has slowed down his criminality and he has been law abiding to our knowledge since his release.  He currently lives with his mother who supports him.

It is the opinion of the probation officer that Anthony Livingston has derived maximum benefit from supervision and is not in need of continued supervision.

**<u>RECOMMENDATION:</u>**

It is, therefore, respectfully recommended that Supervised Release in this case be terminated early.

Respectfully submitted,

/s/ Kyriacos M. Simonidis

For

**LORI L. KOEHNEN**
**Senior United States Probation Officer**

Dated:          January 9, 2012
                Sacramento, California
                LLK:jc

**REVIEWED BY:**    **/s/ Kyriacos M. Simonidis**
                    **KYRIACOS M. SIMONIDIS**
                    **Supervising United States Probation Officer**

cc:     AUSA TO BE ASSIGNED (Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided.  If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35-Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)

Rev. 04/2007
EARLY TERMINATION ~ RECOMMENDATION.MRG